1  **MICHAEL LONG**
   Attorney at Law
2  California State Bar Number 149475
   901 H Street, Suite 208
3  Sacramento, CA  95814
   (916) 447-1920
4  Long_5999@msn.com

5  Attorney for Defendant
   Tiffany Sabral

6

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr.S-07-341-FCD |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION re: ADDRESS TO WHICH** |
| | ) **TO SEND RESTITUTION TO VICTIM** |
| vs. | ) **RALEY'S; ORDER** |
| | ) |
| Tiffany Sabral | ) |
| | ) **DATE:    February 4, 2008** |
| Defendant | ) **TIME:     10:00 a.m.** |
| | ) **JUDGE:  Frank C. Damrell Jr.** |

     Counsel for the government, Michelle Rodriguez, for defendant Tiffany Sabral, Michael Long, and the Probation Officer Phil Mizutani all stipulate that the $832.50 in restitution owed by Tiffany Sabral to Raley's will be sent to "P.O. Box 775, West Sacramento, CA 95691" with the reference number as 590269.

     Further, as all parties have stipulated to the address for Raley's, there is no need for a further sentencing hearing on February 4, 2008.

**IT IS SO STIPULATED.**

DATED:      February 1, 2008            McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Michelle Rodriguez, Esq. by
                                        by Michael D. Long w/
                                        Ms. Rodriguez' approval

- 1 -

DATED:	February 1, 2008		/s/ Michael D. Long
Michael D. Long
Attorney for Defendant
Tiffany Sabral

**ORDER**

In light of the stipulation between all of the parties, IT IS HEREBY ORDERED that the $832.50 in restitution owed by defendant Tiffany Sabral to Raley's will be sent to "P.O. Box 775, West Sacramento, CA 95691" with the reference number as 590269.

Further, as all parties have stipulated to the address for Raley's, there is no need for a further sentencing hearing on February 4, 2008.

**IT IS SO ORDERED.**

DATED: February 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE